JUDY HU 249 West Jackson Street # 330 Hayward California 94544

Telephone: 707-774-9333

Debtor in pro se

FILED

MAR 24 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND BRANCH

In re:

   JUDY HU
   Debtor.

Case #: 26-40320

NOTICE OF VOLUNTARY
DISMISSAL

11 U.S.C. § 1307(b)

_____/

Debtor moves to voluntarily dismiss this Chapter 13 Bankruptcy Action, pursuant to 11 U.S.C. § 1307(b).

Respectfully Submitted:

Dated: 13 RD of MARCH 2026

JUDY HU Debtor, in pro-se

DECLARATION OF JUDY HU

I JUDY HU declare as follows:

   1.) I am the debtor in this Chapter 13 Action, proceeding in pro-se.

Case: 26-40320    Doc# 18    Filed: 03/24/26    Entered: 03/24/26 14:39:55    Page 1 of 3

2.) I move to voluntarily dismiss this Chapter   Bankruptcy case.

3.) This case has <u>NOT</u> previously been converted under 11 U.S.C. §§ 706, 1112, or 1208.  There have been no adversarial proceedings in this case.

4.) I believe that bankruptcy protection may not be necessary, because the date of the non judicial foreclosure sale has been put off. This is because it has been brought to the attention of the primary creditor in this case that they have neglected the mitigation proceedings set forth in California Civil Code §2924m(a)(1), and the California Save Your Home program.

Signed under penalty of perjury, this __23__ day of MARCH 2026, at Hayward California.



JUDY HU

Case: 26-40320   Doc# 18   Filed: 03/24/26   Entered: 03/24/26 14:39:55   Page 2 of 3

PROOF OF SERVICE

I, DIANA PENG declare as follows:

1.) At the below described time of service of papers, I was over the age of 18 years, a citizen of the United States of America, a resident of the State of California, and my business address is: 249 W. Jackson St. #330, Hayward, CA 94544.

2.) I am NOT a party to the within action.

3.) On the __23__ day of MARCH 2026. at __1__ o'clock __.M. I personally served a true copy of the above NOTICE OF VOLUNTARY DISMISSAL by mailing same by First Class Mail, with all postage prepaid to:

> Martha G. Bronitsky
> UNITED STATES BANKRUPTCY TRUSTEE
> P.O. Box 5004
> Hayward California 94540

Signed under penalty of perjury, this __23__ day of 2026 at Hayward California.



DIANA PENG

Case: 26-40320   Doc# 18   Filed: 03/24/26   Entered: 03/24/26 14:39:55   Page 3 of 3