

The following constitutes the order of the Court.
Signed: April 6, 2026

_____

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Judy Hu,

          Debtor.

Case No. 26-40320 WJL
Chapter 13

**Hearing Held**
Date:   April 1, 2026
Time:  10:30 a.m.
Location: 1300 Clay St, Ctrm 220/Zoom, Oakland, CA 94612

### ORDER DISMISSING CASE

On February 19, 2026, Debtor Judy Hu ("Debtor") filed her Chapter 13 Voluntary Petition [Dkt. #1]. The petition was incomplete, as it was filed without schedules and other required documents. The complete filing with schedules was due on March 5, 2026, by Order entered on February 20, 2026 [Dkt. #5]. Debtor then filed the Ex-Parte Motion for Additional 14 day Extension to file Chapter 13 Plan & Schedules, seeking additional time to file the required schedules and statements due to a need for time to complete research and produce a complete plan [Dkt. #12]. On March 9, 2026, Creditor Benjamin R. Levinson ("Creditor") filed the Brief/Memorandum in Opposition to Debtor's Motion to Extend Time to File Plan and Schedules ("Opposition") on the grounds that the bankruptcy case was a bad faith filing by

Debtor. Dkt. #16 at 1. The Court set the matter for hearing on April 1, 2026. Debtor did not make an appearance at the hearing.

Accordingly, for the reasons stated on the record, the Court HEREBY DISMISSES this case.

**\*\*\*END OF ORDER\*\*\***

<u>**COURT SERVICE LIST**</u>

**Judy Hu**

249 W. Jackson Street, #330

Hayward, CA 94544

Case: 26-40320    Doc# 21    Filed: 04/06/26    Entered: 04/06/26 16:28:02    Page 3 of 3